UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 1 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ABDULLA MOHAMMED KAHN )<br>Camp Delta Guantanamo Bay )<br>Washington, D.C. 20355 )<br>)<br>             Petitioner )<br>)<br>     v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States )<br>)<br>DONALD RUMSFELD, )<br>Secretary, United States Department )<br>of Defense )<br>)<br>ARMY BRIG. GEN. JAY HOOD )<br>Commander, Joint Task Force- )<br>GTMO )<br>)<br>ARMY COL. BRICE GYURISKO )<br>Commander, Joint Detention )<br>Operations Group, JTF - GTMO ) | Leave to file without<br>Prepayment of Cost **GRANTED**<br><br>*[signature]*<br><br>Civil Action No.<br><br>CASE NUMBER: 1:05CV1001<br><br>JUDGE: ELLEN S. HUVELLE<br><br>DECK TYPE: HABEAS CORPUS/2255<br><br>DATE STAMP: 05/18/05 |

**PETITION FOR WRIT OF HABEAS CORPUS**

GUAN-2005-T 01731
1971

Date: 29 Mar 05

**PETITIONER:** Abdulla Mohammed Kahn

( Abdulla – name shown on ID card)

From: Afghanistan, Fariyab city, Gurzibon region

I was in Madrasa, in Pakistan. I went to Islamabad to find the way to go to a foreign country. I stayed at Musa's house. While I was staying at Musa's house he was preparing my documents (passport, student card, etc). I was captured in Musa's house by Pakistani authorities. Approximately 28 days I was in jail. Then Pakistani authorities handed me to Americans and from there I was sent to Kandahar, Afghanistan. I stayed there about 5-6 months and then was transported to Cuba. All allegations in the summary of evidence for the Tribunal were false except the one about passport. I had no idea that Musa was Arab. I only stayed in his house to get my documents done. They came to capture Musa and got me along with him. I was in a wrong place in a wrong time. I'm asking you to review my case.

NOTE: This is not an official translation.

ISN 556

55६

GUAN-2005-T▓▓▓▓
0197

PETITIONER: (DETAINEE'S NAME)

Абдулла Мухаммед хан
асли Афғанистан Фариёб шаҳар Гурзивон Валонтўр

Покистонда мадрасада бўлганеман. Исломободга борган ва дорисга бориш учун. Муса деган одамнинг уйида турган. У ерда турган пайтда Муса дорисга бориш учун керак бўлган ҳужжатларни тайёрлашга ёрдам берган. Мусанинг уйида пулга олинган Покистон қўшинлари томондан. Тахрибан 28 кун камокда турган. Покистон қўшинлари мени Америкаликларга топширган ва Қандахорга (Аф) юборган. У ерда 5-6 ой турган. Шундан кейин Кубага олиб келган. Трибунал Абнемада айтган гаплар ҳаммаси туҳмат. Фақат паспорт туфизачи/ўби туфри Муса деган одамни араб эканлигини билмаган. Ҳамза унинг уйида фақат дорисга бориш учун ҳужжатларни тайёрлаган. Мусани пулга олиш учун келишган ва мени қўшиб олиб кетишди.
Мени шунинг учун қуриб чиқишингизни илтимос қиламан.

Signed: _____ (Arabic signature)    Date: 03/29/05

FILED
MAY 18 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1001

ISN 556