AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ABDULLAH KAHN,

      Plaintiff(s)       )    **APPEARANCE**

vs.       )    CASE NUMBER   05-cv-1001

GEORGE W. BUSH, ET AL.

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Richard Coughlin *__ as counsel in this
               (Attorney's Name)

case for: __ABDULLAH KAHN__
        (Name of party or parties)

November 1, 2005
Date

New Jersey
BAR IDENTIFICATION

*With:
    Chester M. Keller
    First Assistant Federal
      Public Defender
    Candace Hom
    Research and Writing
      Attorney

Signature

RICHARD COUGHLIN
Print Name

Office of the Federal Public Defender, District of NJ
Address

800-840 Cooper ST, Ste. 350, Camden, NJ 08102
City     State     Zip Code

(856) 757-5341
Phone Number

## CERTIFICATE OF SERVICE

I, Richard Coughlin, Federal Public Defender, Office of the Federal Public Defender for the District of New Jersey, hereby certify that I have electronically filed the attached Entry of Appearance with the United States District of Columbia and served a copy of same via Certified Mail, Return Receipt Requested, upon the following persons:

Preeya M. Noronha
Assistant U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, D.C. 20530

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution AV, NW
Room 5111
Washington, D.C. 20530

George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, NW
Washington, D.C. 20301-1000

Donald Rumsfeld
Secretary, U.S. Dep't. of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

Army Brig. Gen. J. Hood
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE 09360

Brig. Gen. Hood
United States Army
Army - Pentagon
Washington, D.C. 20310-0200

Army Col. Bumgarner
Commander, JDOG
JTF-GTMO
APO AE 09360

Army Col. Bumgarner
United States Army
Army - Pentagon
Washington, D.C. 20310-0200

Dated: 11/01/05

s/RICHARD COUGHLIN
Federal Public Defender