IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDULLA MOHAMMED KAHN, | : | |
| | : | |
| PETITIONER | : | |
| | : | |
| v. | : | No. 05-cv-1001 |
| | : | |
| GEORGE W. BUSH, | : | |
| | : | |
| PRESIDENT OF THE UNITED STATES, ET AL., | : | |
| | : | |

NOTICE OF FILING MEMORANDA OF UNDERSTANDING AND
ACKNOWLEDGMENT TO THE AMENDED PROTECTIVE ORDER

Petitioner hereby gives notice to all parties of the filing of the attached *Memoranda of Understanding Regarding Access to Classified National Security Information and signed Acknowledgments* of all undersigned counsel.

Respectfully submitted,

/s/Richard J. Coughlin, Esq.
**Federal Public Defender**

**Chester M. Keller, Esq.**

**Candace Hom, Esq.**

972 Broad Street
Newark, New Jersey 07102
(973) 645-6347

Dated: 12/01/2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

Mr. Terry Henry
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20529-0001

Mr. Andrew Warden
20 Massachusetts Avenue, NW
Washington, DC 20529-0001

/s/Richard J. Coughlin, Esq.
Federal Public Defender

Chester M. Keller, Esq.

Candace Hom, Esq.

972 Broad Street
Newark, New Jersey 07102
(973) 645-6347

Dated: December 1, 2005