UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLA MOHAMMED KAHN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-1001 (ESH) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| SALEH ZAID AL KHATEMI, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-2248 (ESH) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

Upon consideration of the arguments of the parties, it is hereby

**ORDERED** that petitioners' Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-Days' Advance Notice of any Intended Removal of Petitioner from Guantánamo is **GRANTED** and, where respondents do not have an understanding with the receiving country that a transfer from Guantánamo Bay, Cuba is for purposes of release only, respondents shall provide petitioners' counsel with thirty (30) days advance notice of the transfer, including the proposed destination and conditions of transfer. *See Kurnaz v. Bush*, No. 05-cv-0392 (D.D.C. Apr. 12, 2005).

                                                                                                                                      s/
                                          ELLEN SEGAL HUVELLE
                                          United States District Judge

Date: December 20, 2005