IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLA MOHAMMED KAHN,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 05-1001 (ESH) |

**NOTICE OF APPEAL**

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier General Jay Hood, Commander, Joint Task Force-GTMO, and Army Colonel Michael Bumgarner, Commander, Joint Detention Operations Group, (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order filed December 20, 2005, (dkt. no. 12) that grants petitioner's motion for preliminary injunction and prohibits certain transfer of petitioner Kahn from Guantanamo Bay, Cuba, unless thirty days advance notice is provided.

Dated: February 21, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

*/s/ Marc A. Perez*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
MARC A. PEREZ (WA Bar No. 33907)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 514-2000

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2006, I caused the foregoing Notice of Appeal to be served via electronic mail on counsel for petitioner in this case as follows:

Candace M. Hom
Federal Public Defender's Office
District of New Jersey
972 Broad Street
Fourth Floor
Newark, NJ 07102
candace_hom@fd.org

Chester M. Keller
Federal Public Defender's Office
District of New Jersey
972 Broad Street
Fourth Floor
Newark, NJ 07102
chester_keller@fd.org

Richard J. Coughlin
Federal Public Defender's Office
District of New Jersey
800-840 Cooper Street
Camden, NJ 08102
richard_coughlin@fd.org

/s/ Marc A. Perez
MARC A. PEREZ
United States Department of Justice
Civil Division, Federal Programs Branch

One of the Attorneys for Respondents