IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| Habib v. Bush | ) | Case No.  02-CV-1130 (CKK) |
| Begg v. Bush | ) | Case No.  04-CV-1137 (RMC) |
| Khalid (Benchellali) v. Bush | ) | Case No. 04-CV-1142 (RJL) |
| Mustapha v. Bush | ) | Case No. 04-CV-0022 (JR) |
| Salahi v. Bush | ) | Case No.  05-CV-0569 (JR) (Consolidated with 05-CV-0881) (Consolidated with 05-CV-0995) |
| Al Rashaidan v. Bush | ) | Case No.  05-CV-0586 (RWR) |
| Mokit v. Bush | ) | Case No.  05-CV-0621 (PLF) |
| Ahmed v. Bush | ) | Case No.  05-CV-0665 (RWR) |
| Battayav v. Bush | ) | Case No.  05-CV-0714 (RBW) |
| Hamlily v. Bush | ) | Case No.  05-CV-0763 (JDB) |
| Rahman v. Bush | ) | Case No.  05-CV-0882 (GK) |
| Bostan v. Bush | ) | Case No.  05-CV-0883 (RBW) |
| Nasrullah v. Bush | ) | Case No.  05-CV-0891 (RBW) |
| Shaaban v. Bush | ) | Case No.  05-CV-0892 (CKK) |
| Kahn v. Bush | ) | Case No.  05-CV-1001 (ESH) |
| Zuhoor v. Bush | ) | Case No.  05-CV-1011 (JR) |
| Ali Shah v. Bush | ) | Case No.  05-CV-1012 (ESH) |
| Salaam v. Bush | ) | Case No.  05-CV-1013 (JDB) |
| Alsawam v. Bush | ) | Case No.  05-CV-1244 (CKK) |
| Al Bihani v. Bush | ) | Case No.  05-CV-1312 (RJL) |

| | | |
|---|---|---|
| Ahmed Doe v. Bush | ) | Case No.  05-CV-1458 (ESH) |
| Amon v. Bush | ) | Case No.  05-CV-1493 (RBW) |
| Nabil v. Bush | ) | Case No.  05-CV-1504 (RMC) |
| Al Hawary v. Bush | ) | Case No.  05-CV-1505 (RMC) |
| Shafiiq v. Bush | ) | Case No.  05-CV-1506 (RMC) |
| Al Razak v. Bush | ) | Case No.  05-CV-1601 (GK) |
| Akhtiar v. Bush | ) | Case No.  05-CV-1635 (PLF) |
| Albkri v. Bush | ) | Case No. 05-CV-1639 (RBW) |
| Al-Siba'i v. Bush | ) | Case No.  05-CV-1667 (RBW) |
| Al-Uwaidah v. Bush | ) | Case No.  05-CV-1668 (GK) |
| Al-Jutaili v. Bush | ) | Case No.  05-CV-1669 (TFH) |
| Khandan v. Bush | ) | Case No.  05-CV-1697 (RBW) |
| Qasim v. Bush | ) | Case No.  05-CV-1779 (JDB) |
| Al-Harbi v. Bush | ) | Case No.  05-CV-1857 (CKK) |
| Aziz v. Bush | ) | Case No.  05-CV-1864 (HHK) |
| Hamoud v. Bush | ) | Case No.  05-CV-1894 (RMU) |
| Al-Asadi v. Bush | ) | Case No. 04-CV-2197 (HHK) |
| Amin v. Bush | ) | Case No.  05-CV-2336 (PLF) |
| Ben Bacha v. Bush | ) | Case No.  05-CV-2349 (RMC) |
| Al-Quhtani v. Bush | ) | Case No.  05-CV-2387 (RMC) |
| Almjrd v. Bush | ) | Case No. 05-CV-2444 (RMC) |

**NOTICE OF WITHDRAWAL OF RESPONDENTS' MOTION FOR
PROCEDURES RELATED TO REVIEW OF CERTAIN DETAINEE
MATERIALS AND REQUEST FOR EXPEDITED BRIEFING**

Respondents hereby withdraw their July 7, 2006 Motion For Procedures Related To

Review Of Certain Detainee Materials And Request For Expedited Briefing in the above-

captioned cases.  Respondents withdraw their motion with respect to the petitioners in the above-

captioned cases because it has been determined that petitioners have not had attorney-client

materials impounded for purposes of the ongoing investigation by the Naval Criminal

Investigative Service ("NCIS") described in the motion, or because respondents have been unable

to identify petitioners as detainees currently detained at Guantanamo.

Dated: July 20, 2006                    Respectfully submitted,

                                        PETER D. KEISLER
                                        Assistant Attorney General

                                        DOUGLAS N. LETTER
                                        Terrorism Litigation Counsel

                                           /s/ Terry M. Henry
                                        JOSEPH H. HUNT (D.C. Bar No. 431134)
                                        VINCENT M. GARVEY (D.C. Bar No. 127191)
                                        TERRY M. HENRY
                                        JAMES J. SCHWARTZ
                                        PREEYA M. NORONHA
                                        ROBERT J. KATERBERG
                                        NICHOLAS J. PATTERSON
                                        ANDREW I. WARDEN
                                        EDWARD H. WHITE
                                        MARC A. PEREZ
                                        Attorneys
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Ave., N.W.  Room 7144
                                        Washington, DC  20530
                                        Tel:  (202) 514-4107

                                        Attorneys for Respondents