# EXHIBIT G

Case 1:05-cv-01001-ESH    Document 28-2    Filed 05/14/2007    Page 1 of 3

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5129**　　　　　　　　　　　　　　　　**September Term, 2006**

　　　　　　　　　　　　　　　　　　　　　　　　　　　**05cv01220**

　　　　　　　　　　　　　　　　　　　　**Filed On: April 25, 2007** [1036423]

Abu Abdul Rauf Zalita,
　　　　　Appellant

　　v.

George W. Bush,
　　　　　Appellee

　　**BEFORE**:　　Rogers, Brown, and Kavanaugh, Circuit Judges

### O R D E R

　　Upon consideration of the emergency motion for injunctive relief and the response thereto, it is

　　**ORDERED** that the motion be denied and the case be dismissed for lack of subject matter jurisdiction.  See Boumediene v. Bush, 476 F.3d 981 (D.C. Cir. 2007); Kiyemba v. Bush, Nos. 05-5487, et al., 2007 WL 964612 (D.C. Cir. Mar. 22, 2007).

　　Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

　　　　　　　　　　　　　　　　**Per Curiam**

(ORDER LIST: 550 U.S.)

TUESDAY, MAY 1, 2007

### ORDER IN PENDING CASE

06A1005    ZALITA, ABU V. BUSH, PRESIDENT OF U.S., ET AL.

The application for an injunction presented to The Chief Justice and by him referred to the Court is denied.