*FILED VIA ECF BY PERMISSION OF JUSTICE DEPARTMENT*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LABED AHMED,<br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>Respondents. | 05-CV-1234 (EGS) (AK) |
| ABDULLA MOHAMMED KAHN,<br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>Respondents. | 05-CV-1001 (ESH) (AK) |

## NOTICE OF NON-OPPOSITION TO RESPONDENTS' MOTIONS TO DESIGNATE PARAGRAPH 9 OF BUZBY DECLARATION AS "PROTECTED INFORMATION"

Having reviewed the declaration submitted by Respondents in support of their motions in the above-captioned cases to treat as "protected" the information in paragraph 9 of the Declaration of Rear Admiral Mark H. Buzby, dated February 8, 2008, Petitioners have elected not to oppose Respondents' motions. Petitioners, however, continue to believe that designating the information in paragraph 9 as "protected" is unjustified.

*FILED VIA ECF BY PERMISSION OF JUSTICE DEPARTMENT*

Dated: Newark, NJ
March 19, 2008

Respectfully submitted,

 /s/ Candace Hom                         .
Richard Coughlin
Federal Public Defender
Chester M. Keller
First Assistant Federal Public Defender
Candace Hom
Assistant Federal Public Defender
Federal Public Defender's Office
972 Broad Street, Fourth Floor
Newark, NJ  07102
(973) 645-6347

*Attorneys for Petitioners*