IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLA MOHAMMED KAHN, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 05-CV-1001 (ESH) |
| GEORGE W. BUSH, ) President of the United States, ) *et al.*, ) | |
| Respondents. ) | |

**NOTICE OF TRANSFER OF PETITIONER AND WITHDRAWAL OF REQUEST FOR DESIGNATION OF CERTAIN INFORMATION AS PROTECTED INFORMATION**

Respondents hereby provide notice that the United States has relinquished custody of petitioner Abdulla Mohammed Kahn (ISN 556) and transferred him to the control of the Government of Afghanistan.

In the Stipulation and Order filed with the Court under seal on April 8, 2008, the parties agreed that, pursuant to the protective orders entered by the Court's Order dated June 29, 2005 (dkt no. 3), Respondents' Notice Pursuant To The Court's December 20, 2005 Order (filed under seal on April 3, 2008), as well as the Stipulation and Order, would be designated as "protected information" pending notice by respondents of completion of the transfer of petitioner to Afghanistan. Accordingly, the transfer having taken place, respondents hereby withdraw their request to have the Notice and Stipulation and Order treated as protected information.[1]

---

[1] Consistent with this withdrawal, respondents have no objection to the Notice and Stipulation and Order being unsealed and placed on the public record.

Dated: May 5, 2008                              Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ *Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents