IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDULLA MOHAMMED KAHN,<br><br>      *Petitioner*,<br><br>vs.<br><br>GEORGE W. BUSH, et al.,<br><br>      *Respondents.* | Misc. No. 08-0444 (TFH)<br><br>Civil Action No. 05-1001 (ESH)<br><br>NOTICE OF FILING RE PETITIONER'S STATUS REPORT RE: JULY 3, 2008 ORDER |

      The petitioner Abdulla Mohammed Kahn, through undersigned counsel, hereby gives notice that on July 11, 2008, he submitted for review to Court Security Officer Charline DaSilva a Status Report Re: July 3, 2008 Order. After clearing the document, the CSO will serve a copy on the government and will forward the original document to the Court, and undersigned counsel will immediately file the cleared document on ECF.

      Respectfully submitted on July 14, 2008.

      /s/ Richard Coughlin
Federal Public Defender
Candace Hom
Assistant Federal Public Defender
972 Broad Street, Fourth Floor
Newark, New Jersey 07102
Tel:  973-645-6347
Fax:  973-645-4807

Attorneys for Petitioner