# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 05-5224** | **September Term 2008** |
| | 04cv01144 04cv01194 04cv01254 |
| | 04cv02035 04cv02215 05cv00023 |
| | 05cv00247 05cv00270 05cv00280 |
| | 05cv00301 05cv00329 05cv00359 |
| | 05cv00392 05cv00492 05cv00520 |
| | 05cv00526 05cv00569 05cv00634 |
| | 05cv00723 05cv00877 05cv00881 |
| | 05cv00887 05cv00993 05cv00998 |
| | 05cv01001 05cv01048 05cv01189 |
| | 05cv01220 05cv01236 05cv01429 |
| | 05cv01555 05cv01645 05cv01649 |
| | 05cv01666 05cv01806 05cv01983 |
| | 05cv02185 05cv02186 05cv02379 |
| | **Filed On:** September 3, 2008 |

Mahmoad Abdah, Detainee, Camp Delta, et al.,

> Appellees

v.

George W. Bush, President of the United States, et al.,

> Appellants

------------------------------

Consolidated with 05-5225, 05-5227, 05-5228,
05-5229, 05-5230, 05-5231, 05-5232,
05-5235, 05-5236, 05-5237, 05-5238,
05-5239, 05-5242, 05-5243, 05-5244,
05-5246, 05-5247, 05-5248, 05-5337,
05-5338, 05-5339, 05-5353, 05-5374,
05-5390, 05-5398, 05-5478, 05-5479,
05-5484, 05-5486, 06-5037, 06-5039,
06-5041, 06-5043, 06-5062, 06-5064,
06-5065, 06-5067, 06-5094

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-5224**                                                **September Term 2008**

**BEFORE:**   Tatel, Griffith, and Kavanaugh, Circuit Judges

### ORDER

Upon consideration of appellants' motion to govern further proceedings, which includes a motion to dismiss Nos. 05-5228, 05-5231, 05-5247, 05-5339, 06-5039, 06-5064, and 06-5067, and a motion to hold the remaining cases in abeyance; appellees' motion to govern future proceedings, which includes an opposition to the motion to hold in abeyance; and the reply, it is

**ORDERED** that the unopposed motion to dismiss Nos. 05-5228, 05-5231, 05-5247, 05-5339, 06-5039, 06-5064, and 06-5067 be granted, and the consolidation of these cases with No. 05-5224, et al. be terminated.  It is

**FURTHER ORDERED** that the motion to hold in abeyance be granted.  These consolidated cases are hereby held in abeyance pending further order of the court.  The parties are directed to file motions to govern future proceedings within 14 days of this court's disposition of Kiyemba v. Bush, No. 05-5487, scheduled for oral argument September 25, 2008.

The Clerk is directed to transmit forthwith to the Clerk of the district court a certified copy of this order in lieu of formal mandate in Nos. 05-5228, 05-5231, 05-5247, 05-5339, 06-5039, 06-5064, and 06-5067.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/
      Sabrina M. Crisp
      Deputy Clerk/LD

A True copy:
  United States Court of Appeals
  for the District of Columbia Circuit
By: /s/ Sabrina M. Crisp, Deputy Clerk